# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose Daniel Vargas aka Jose D. Vargas<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>　　　　　Movant<br>　vs.<br>Jose Daniel Vargas aka Jose D. Vargas<br>　　　　　　　　　　Debtor(s) | NO. 15-16754-REF |
| Frederick L. Reigle<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 129 N. Oak St, Bethlehem, PA 18017 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: July 24, 2017**

_____
United States Bankruptcy Judge.

Jose Daniel Vargas aka Jose D. Vargas
129 N. Oak Street
Bethlehem, PA 18017

Andrew J. Shaw Esq.
44 E. Broad Street
Suite 15
Bethlehem, PA 18018

Frederick L. Reigle
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532