United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jose Daniel Vargas  
      Debtor

Case No. 15-16754-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Jul 24, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.  
db            +Jose Daniel Vargas,    129 N. Oak Street,    Bethlehem, PA 18017-7066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:
           ANDREW  SPIVACK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC  
             paeb@fedphe.com  
           ANDREW J. SHAW    on behalf of Plaintiff Jose D. Vargas ajshawesq@gmail.com  
           ANDREW J. SHAW    on behalf of Debtor Jose Daniel Vargas ajshawesq@gmail.com  
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
           LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
             ecf_frpa@trustee13.com  
           MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
           THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jose Daniel Vargas aka Jose D. Vargas<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>　　　　　Movant<br>　　vs.<br>Jose Daniel Vargas aka Jose D. Vargas<br>　　　　　　　　　Debtor(s) | NO. 15-16754-REF |
| Frederick L. Reigle<br>　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 129 N. Oak St, Bethlehem, PA 18017 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: July 24, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Jose Daniel Vargas aka Jose D. Vargas
129 N. Oak Street
Bethlehem, PA 18017

Andrew J. Shaw Esq.
44 E. Broad Street
Suite 15
Bethlehem, PA 18018

Frederick L. Reigle
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532