IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOSE DANIEL VARGAS, | ) | CASE NO: 15-16754 |
| | ) | Chapter 13 |
| Debtor | ) | |

ELECTION TO CONVERT CASE FROM
CHAPTER 13 TO A CASE UNDER CHAPTER 7
PURSUANT TO §1307 OF THE BANKRUPTCY CODE

**AND NOW,** this 18th day of September, 2017, Debtor hereby elects to convert his Chapter 13 case to a case under Chapter 7 pursuant to such right of conversion afforded him under §1307(a) of the Bankruptcy Code.

/s/Jose Daniel Vargas
JOSE DANIEL VARGAS