IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
                                          )
JOSE DANIEL VARGAS,                       )    CASE NO: 15-16754
                                          )        Chapter 13
                Debtor                    )

SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF
CHAPTER 13 CASE TO DATE OF CONVERSION TO CHAPTER 7
PURSUANT TO FEDERAL BANKRUPTCY RULE OF PROCEDURE 1019

- Schedule D - Creditors Holding Secured Claims

    None

- Schedule E - Creditors Holding Unsecured Priority Claims

    None

- Schedule F - Creditors Holding Unsecured Nonpriority Claims

    Raymour & Flanigan
    7248 Morgan Road
    Liverpool, NY 13090

    Furniture Purchase - $1,340.00


                        /s/Jose Daniel Vargas
                        JOSE DANIEL VARGAS