United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-16754-ref
Jose Daniel Vargas                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 2              Date Rcvd: Sep 28, 2017
                              Form ID: pdf900           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
```
db          +Jose Daniel Vargas,   129 N. Oak Street,    Bethlehem, PA 18017-7066
smg         +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr          +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13599787    +Capital One Bank (USA), N.A.,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
13940947    +Ditech Financial, LLC,   c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13599791    +EOS CCA,   P.O. Box 981008,   Boston, MA 02298-1008
13602737    +Goodman Schwartz & Shaw LLC,   44 E. Broad Street, Suite 15,    Bethlehem, PA 18018-5920
13599796     Pennsylvania Department of Revenue,    P.O. Box 280431,    Harrisburg, PA 17128-0431
13599797     Specialized Loan Servicing LLC,    P.O. Box 105219,   Atlanta, GA 30348-5219
13689605    +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Sep 29 2017 01:28:37      Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2017 01:28:40      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:30:58      Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13599786    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 29 2017 01:28:34      Asset Acceptance, LLC,
              28405 Van Dyke,   Warren, MI 48093-7132
13599788     E-mail/PDF: creditonebknotifications@resurgent.com Sep 29 2017 01:30:51      Credit One Bank,
              P.O. Box 98872,   Las Vegas, NV 89193-8872
13599790     E-mail/Text: mrdiscen@discover.com Sep 29 2017 01:28:22      Discover Financial Services, LLC,
              P.O. Box 15316,   Wilmington, DE 19850-5316
13618161     E-mail/Text: mrdiscen@discover.com Sep 29 2017 01:28:22      Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13639642     E-mail/Text: bankruptcy.bnc@ditech.com Sep 29 2017 01:28:24      Ditech Financial LLC,
              PO BOX 6154,   Rapid City, SD 57709-6154
13599793     E-mail/Text: bankruptcy.bnc@ditech.com Sep 29 2017 01:28:24      GreenTree,   P.O. Box 6172,
              Rapid City, SD 57709-6172
13634869     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 01:30:50
              LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13599795     E-mail/Text: bankruptcynotice@nymcu.org Sep 29 2017 01:28:39      Municipal Credit Union,
              22 Cortlandt Street, 24th Fl,   New York, NY 10007
13609542    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2017 01:28:34
              Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,    PO Box 2036,
              Warren, MI 48090-2036
13599794    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2017 01:28:34      Midland Funding, LLC,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13604561     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2017 01:28:31
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
13712577     E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2017 01:30:58
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13599798     E-mail/PDF: cbp@onemainfinancial.com Sep 29 2017 01:30:49      Springleaf,   1253 Airport Road,
              Allentown, PA 18109
13636181     E-mail/PDF: cbp@onemainfinancial.com Sep 29 2017 01:30:49      Springleaf Financial Services,
              PO Box 3251,   Evansville, IN 47731
13599799    +E-mail/Text: bnc-bluestem@quantum3group.com Sep 29 2017 01:28:50      Webbank/Fingerhut,
              6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 18
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
13599789*    Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
13599792    ##+Gordon & Weinberg, P.C.,   1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Angela              Page 2 of 2                  Date Rcvd: Sep 28, 2017
                              Form ID: pdf900           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
           paeb@fedphe.com
          ANDREW J. SHAW    on behalf of Plaintiff Jose D. Vargas ajshawesq@gmail.com,
           abgoodmanesq@gmail.com
          ANDREW J. SHAW    on behalf of Debtor Jose Daniel Vargas ajshawesq@gmail.com,
           abgoodmanesq@gmail.com
          DAVID B. SCHWARTZ    on behalf of Debtor Jose Daniel Vargas david@dbsesq.com,
           DBSchwartzesq@aol.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOSE DANIEL VARGAS, ) | CASE NO: 15-16754 |
| ) | Chapter 13 |
| Debtor ) | |

ELECTION TO CONVERT CASE FROM
CHAPTER 13 TO A CASE UNDER CHAPTER 7
PURSUANT TO §1307 OF THE BANKRUPTCY CODE

**AND NOW,** this 18th day of September, 2017, Debtor hereby elects to convert his Chapter 13 case to a case under Chapter 7 pursuant to such right of conversion afforded him under §1307(a) of the Bankruptcy Code.

/s/Jose Daniel Vargas
JOSE DANIEL VARGAS