United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-16754-ref
Jose Daniel Vargas                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2            Date Rcvd: Oct 02, 2017
                              Form ID: 309A           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
```
db             +Jose Daniel Vargas,   129 N. Oak Street,   Bethlehem, PA 18017-7066
aty            +DAVID B. SCHWARTZ,   Goodman Schwartz & Shaw LLC,   514 Fullerton Avenue,   Suite 2,
                 Whitehall, PA 18052-6731
tr             +MICHAEL H KALINER,   Michael H. Kaliner Trustee,   350 South Main Street,   Suite 105,
                 Doylestown, PA 18901-4872
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13940947       +Ditech Financial, LLC,   c/o Matteo S. Weiner, Esq.,   KML Law Group, PC,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13599791       +EOS CCA,   P.O. Box 981008,   Boston, MA 02298-1008
13602737       +Goodman Schwartz & Shaw LLC,   44 E. Broad Street, Suite 15,   Bethlehem, PA 18018-5920
13609542       +Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   PO Box 2036,
                 Warren, MI 48090-2036
13599796        Pennsylvania Department of Revenue,   P.O. Box 280431,   Harrisburg, PA 17128-0431
13599797        Specialized Loan Servicing LLC,   P.O. Box 105219,   Atlanta, GA 30348-5219
13689605       +The Bank of New York Mellon, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ajshawesq@gmail.com Oct 03 2017 02:50:55      ANDREW J. SHAW,
                 Goodman Schwartz & Shaw LLC,   44 E. Broad Street,   Suite 15,   Bethlehem, PA  18018
smg            +E-mail/Text: robertsl2@dnb.com Oct 03 2017 02:51:32      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 03 2017 02:51:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 03 2017 02:51:25      United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13599786       +EDI: ACCE.COM Oct 03 2017 02:33:00      Asset Acceptance, LLC,   28405 Van Dyke,
                 Warren, MI 48093-7132
13599787       +EDI: CAPITALONE.COM Oct 03 2017 02:33:00      Capital One Bank (USA), N.A.,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
13599788        EDI: RCSFNBMARIN.COM Oct 03 2017 02:33:00      Credit One Bank,   P.O. Box 98872,
                 Las Vegas, NV 89193-8872
13599790        EDI: DISCOVER.COM Oct 03 2017 02:33:00      Discover Financial Services, LLC,   P.O. Box 15316,
                 Wilmington, DE 19850-5316
13618161        EDI: DISCOVER.COM Oct 03 2017 02:33:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
13639642        E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2017 02:51:03      Ditech Financial LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154
13599793        E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2017 02:51:03      GreenTree,   P.O. Box 6172,
                 Rapid City, SD 57709-6172
13634869        EDI: RESURGENT.COM Oct 03 2017 02:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of GE Money Bank,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13599795        E-mail/Text: bankruptcynotice@nymcu.org Oct 03 2017 02:51:37      Municipal Credit Union,
                 22 Cortlandt Street, 24th Fl,   New York, NY 10007
13599794       +EDI: MID8.COM Oct 03 2017 02:33:00      Midland Funding, LLC,   8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
13604561        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2017 02:51:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13712577        EDI: RECOVERYCORP.COM Oct 03 2017 02:33:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13599798        EDI: AGFINANCE.COM Oct 03 2017 02:33:00      Springleaf,   1253 Airport Road,
                 Allentown, PA 18109
13636181        EDI: AGFINANCE.COM Oct 03 2017 02:33:00      Springleaf Financial Services,   PO Box 3251,
                 Evansville, IN 47731
13599799       +EDI: BLUESTEM Oct 03 2017 02:33:00      Webbank/Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13599789*       Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
```

```
District/off: 0313-4          User: Lisa               Page 2 of 2                    Date Rcvd: Oct 02, 2017
                              Form ID: 309A            Total Noticed: 33

13599792     ##+Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
                                                                                      TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
           paeb@fedphe.com
          ANDREW J. SHAW    on behalf of Plaintiff Jose D. Vargas ajshawesq@gmail.com,
           abgoodmanesq@gmail.com
          ANDREW J. SHAW    on behalf of Debtor Jose Daniel Vargas ajshawesq@gmail.com,
           abgoodmanesq@gmail.com
          DAVID B. SCHWARTZ    on behalf of Debtor Jose Daniel Vargas david@dbsesq.com,
           DBSchwartzesq@aol.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jose Daniel Vargas | Social Security number or ITIN   xxx–xx–5866 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter  13     9/17/15 |
| Case number: | 15–16754–ref | Date case converted to chapter  7     9/25/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jose Daniel Vargas | |
| 2. | **All other names used in the last 8 years** | aka Jose D. Vargas | |
| 3. | **Address** | 129 N. Oak Street<br>Bethlehem, PA 18017 | |
| 4. | **Debtor's attorney**<br>Name and address | ANDREW J. SHAW<br>Goodman Schwartz & Shaw LLC<br>44 E. Broad Street<br>Suite 15<br>Bethlehem, PA 18018 | Contact phone 610–691–3151<br>Email: ajshawesq@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br>Email: mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (610)2085040<br><br>Date: 10/2/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 27, 2017 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/26/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |